IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SETH D. HARRIS, Acting Secretary of Labor,
United States Department of Labor,

                                                                   ORDER

                Plaintiff,

                                                    11-cv-849-bbc

     v.

GEORGE HALL and STAINLESS
STEEL FABRICATING, INC.,
SALARY REDUCTION SIMPLIFIED
EMPLOYEE PENSION,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A status conference was held in this case by telephone on June 11, 2013, to discuss the status of settlement of this case. All parties were represented by counsel. At the conference, counsel advised that they are working out the details of a consent judgment. They believe they can have this accomplished within one week.

      In reliance upon the parties' statements, I am canceling the trial set for June 17, 2013. Another telephonic status conference is set for Tuesday, June 18, 2013, at 2:00 p.m. Counsel for plaintiff is responsible for initiating the conference call to chambers at (608)264-5447. If the parties provide settlement documents to the court prior to June 18, 2013, the

status conference will be canceled.

Entered this 11th day of June, 2013.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge