IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SETH D. HARRIS, Acting Secretary of Labor,
United States Department of Labor,

                              ORDER

              Plaintiff,

                            11-cv-849-bbc

   v.

GEORGE HALL and STAINLESS
STEEL FABRICATING, INC.,
SALARY REDUCTION SIMPLIFIED
EMPLOYEE PENSION,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       A status conference was held in this case by telephone on June 18, 2013, to discuss the progress of the settlement talks in this case. All parties were represented by counsel. At the conference, counsel advised that they are continuing to work out the details of a consent judgment and obtain the necessary signatures. They believe they can have this accomplished before Tuesday, June 25, 2013. If the parties do not file the consent judgment paperwork by June 25, 2013, the court will set another telephonic status conference.

       Entered this 19th day of June, 2013.

                                BY THE COURT:
                                /s/
                                BARBARA B. CRABB
                                District Judge